Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-408-406

**Effective Date of Registration:**
May 24, 2024
**Registration Decision Date:**
August 19, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Friesian Cow FY03 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | October 17, 2014 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Christine Sharon Arnall |
| **Pseudonym:** | Christine Varley |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Christine Sharon Arnall |
| | Hawthorn Villa, Kington Road, Weobley, Hereford, HR48QS, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Christine Sharon Arnall |
| **Email:** | info@pet-portraits.co.uk |
| **Address:** | Hawthorn Villa |
| | Kington Road |
| | Weobley, Hereford HR48QS United Kingdom |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-406-682

**Effective Date of Registration:**
May 20, 2024
**Registration Decision Date:**
August 07, 2024

## Title

**Title of Work:** Australian Shepherd Dog 226

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 23, 2017
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Christine Sharon Arnall
  **Pseudonym:** Christine Varley
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Christine Sharon Arnall
Hawthorn Villa, Kington Road, Weobley, Hereford, HR48QS, United Kingdom

## Rights and Permissions

**Name:** Christine Sharon Arnall
**Email:** info@pet-portraits.co.uk
**Address:** Hawthorn Villa
Kington Road
Weobley, Hereford HR48QS United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-406-683

**Effective Date of Registration:**
May 20, 2024
**Registration Decision Date:**
August 07, 2024

## Title

**Title of Work:** Airedale Terrier 205

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 02, 2015
**Nation of 1st Publication:** United Kingdom

## Author

• **Author:** Christine Sharon Arnall
**Pseudonym:** Christine Varley
**Author Created:** 2-D artwork
**Citizen of:** United Kingdom
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Christine Sharon Arnall
Hawthorn Villa, Kington Road, Weobley, Hereford, HR48QS, United Kingdom

## Rights and Permissions

**Name:** Christine Sharon Arnall
**Email:** info@pet-portraits.co.uk
**Address:** Hawthorn Villa
Kington Road
Weobley, Hereford HR48QS United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-408-407

**Effective Date of Registration:**
May 24, 2024
**Registration Decision Date:**
August 19, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Boston Terrier 168 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 24, 2014 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Christine Sharon Arnall |
| **Pseudonym:** | Christine Varley |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Christine Sharon Arnall |
| | Hawthorn Villa, Kington Road, Weobley, Hereford, HR48QS, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Christine Sharon Arnall |
| **Email:** | info@pet-portraits.co.uk |
| **Address:** | Hawthorn Villa |
| | Kington Road |
| | Weobley, Hereford HR48QS United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-406-679

**Effective Date of Registration:**
May 20, 2024
**Registration Decision Date:**
August 07, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Border Collie CD16 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2001 |
| **Date of 1st Publication:** | March 11, 2001 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Christine Sharon Arnall |
| **Pseudonym:** | Christine Varley |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Christine Sharon Arnall |
| | Hawthorn Villa, Kington Road, Weobley, Hereford, HR48QS, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Christine Sharon Arnall |
| **Email:** | info@pet-portraits.co.uk |
| **Address:** | Hawthorn Villa |
| | Kington Road |
| | Weobley, Hereford HR48QS United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-408-380

**Effective Date of Registration:**
May 20, 2024
**Registration Decision Date:**
August 19, 2024

## Title

**Title of Work:** Rhodesian Ridgeback 155

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 14, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Christine Sharon Arnall
  **Pseudonym:** Christine Varley
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Christine Sharon Arnall
Hawthorn Villa, Kington Road, Weobley, Hereford, HR48QS, United Kingdom

## Rights and Permissions

**Name:** Christine Sharon Arnall
**Email:** info@pet-portraits.co.uk
**Address:** Hawthorn Villa
Kington Road
Weobley, Hereford HR48QS United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-406-653**

**Effective Date of Registration:**
May 20, 2024
**Registration Decision Date:**
August 07, 2024

## Title

**Title of Work:** Basset Hound CD166

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** July 07, 2013
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Christine Sharon Arnall
  **Pseudonym:** Christine Varley
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Christine Sharon Arnall
Hawthorn Villa, Kington Road, Weobley, Hereford, HR48QS, United Kingdom

## Rights and Permissions

**Name:** Christine Sharon Arnall
**Email:** info@pet-portraits.co.uk
**Address:** Hawthorn Villa
Kington Road
Weobley, Hereford HR48QS United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-406-655**

**Effective Date of Registration:**
May 20, 2024
**Registration Decision Date:**
August 07, 2024

---

## Title

**Title of Work:** British Bulldog CD01

## Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** December 07, 2000
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Christine Sharon Arnall
  **Pseudonym:** Christine Varley
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Christine Sharon Arnall
Hawthorn Villa, Kington Road, Weobley, Hereford, HR48QS, United Kingdom

## Rights and Permissions

**Name:** Christine Sharon Arnall
**Email:** info@pet-portraits.co.uk
**Address:** Hawthorn Villa
Kington Road
Weobley, Hereford HR48QS United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-406-686

**Effective Date of Registration:**
May 20, 2024
**Registration Decision Date:**
August 07, 2024

## Title ─────────────────────────────

**Title of Work:** Long Haired Tri Chihuahua 254

## Completion/Publication ─────────────

**Year of Completion:** 2021
**Date of 1st Publication:** March 25, 2021
**Nation of 1st Publication:** United Kingdom

## Author ────────────────────────────

- **Author:** Christine Sharon Arnall
  **Pseudonym:** Christine Varley
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant ─────────────────

**Copyright Claimant:** Christine Sharon Arnall
Hawthorn Villa, Kington Road, Weobley, Hereford, HR48QS, United Kingdom

## Rights and Permissions ─────────────

**Name:** Christine Sharon Arnall
**Email:** info@pet-portraits.co.uk
**Address:** Hawthorn Villa
Kington Road
Weobley, Hereford HR48QS United Kingdom

## Certification ──────────────────────

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-408-038

**Effective Date of Registration:**
May 20, 2024
**Registration Decision Date:**
August 16, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Weimaraner CD126 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | February 20, 2010 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Christine Sharon Arnall |
| **Pseudonym:** | Christine Varley |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Christine Sharon Arnall |
| | Hawthorn Villa, Kington Road, Weobley, Hereford, HR48QS, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Christine Sharon Arnall |
| **Email:** | info@pet-portraits.co.uk |
| **Address:** | Hawthorn Villa |
| | Kington Road |
| | Weobley, Hereford HR48QS United Kingdom |

## Certification

